17,719-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

3/22/2015

Mr. Abel Acosta,

Respectfully please find enclosed Applicant's motion for Writ of Mandamus/Extraordinary Matters for filing in your honorable Court.

Thank you for your time with this important matter.

Respectfully,
Dennis Freeman
Dennis Freeman
#1873252
810 F.M. 2821
Huntsville, Tx.
77349

Ex Parte

Dennis Freeman

In 124th District Court
in and for Gregg County, Tx.

## Applicant Motion for Writ of Mandamus/Extraordinary Matters

Now comes, Applicant Dennis Freeman filing this said-Motion for Writ of Mandamus and show this Honorable Court the following:

I was indicted (Count 1) of Indictment 42,132-B for offense/statute not in Texas Law nor in the required section of the Judgement of Conviction.

Count 1 of Indictment 42,132-B is: <u>Attempted Aggravated sexual assault of a child</u> to-wit intentionally or knowingly, attempt the penetration of the sexual organ of Jane Doe 06092000, a child who was then and there younger than 14 years of age by the defendant's sexual organ.

(PAGE 1)

However, Judgement of Conviction (Count 1) of Cause No. 42,132-B is for:

Attempted Sexual Assault of a Child to-wit with specific intent to commit sexual assault of a child, he does an act amounting to more than mere preparation that tends but fails to effect the commission of the offense intended.

And sexual assault being (non-aggravated): intentionally and knowingly causes the penetration of the sexual organ of a child younger than 17 years of age with the sexual organ of the defendant. (Trial of Merits, Day 2, page 66 Line 5-14)

I am Pro Se but know Indictment Count 1 does not exist and I was convicted of a non-aggravated offense not charged in the Indictment 42,132-B.

Respectfully, State and federal law assures that no one can be convicted of an offense not in the Indictment. The Indictment does not allege the elements essential to the offense in the Jury Instructions.

(PAGE 2)

I am pro se and show this Honorable Court these facts.

I request will this Honorable Court order the trial Court to send the Jury Instructions of Trial No. 42,132-B to review against the Indictment of 42,132-B and respond the way this Court will find appropriate

I am Pro Se and not trained in law but have read the 6th Amend. along with due process clause require all essential elements of conviction be in the Indictment.

## PRAYER

Applicant prays this Honorable Court will order trial Court to send the Jury Instructions for trial No. 42, 132-B.

(PAGE 3)

I certify, swear the above-matters are true and accurate.

Respectfully submitted,

Dennis Freeman
Pro Se

#1873252
810 F.M. 2821
Huntsville, Tx.
77349

Dennis Freeman
Mailed 03/23/2015

(PAGE 4)